**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Blue Spike, LLC, § § § § § § § § § § *Plaintiff,* vs. Texas Instruments, Inc., *Defendant.* | | CASE NO. 6:12-CV-499 LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC, § § § § § § § § § § § § *Plaintiff,* vs. Shazam Entertainment Ltd., *Defendant.* | | CASE NO. 6:12-CV-500 LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC, § § § § § § § § § § § § *Plaintiff,* vs. iPharro Media, Inc., et al., *Defendant.* | | CASE NO. 6:12-CV-502 LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC, § § § § § § § § *Plaintiff,* vs. Viggle, Inc., | | CASE NO. 6:12-CV-526 LED<br><br>**JURY TRIAL DEMANDED** |

|  |  |  |
|---|---|---|
| *Defendant.* | § § § | |
| Blue Spike, LLC, | § § § | CASE NO. 6:12-CV-527  LED |
| *Plaintiff,* | § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| Free Stream Media Corp., | § § | |
| *Defendant.* | § § § | |
| Blue Spike, LLC, | § § § | CASE NO. 6:12-CV-528  LED |
| *Plaintiff,* | § § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| The Echo Nest Corp., | § § | |
| *Defendant.* | § § § | |
| Blue Spike, LLC, | § § § | CASE NO. 6:12-CV-529  LED |
| *Plaintiff,* | § § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| Peer Media Technologies, Inc., | § § § | |
| *Defendant.* | § § | |
| Blue Spike, LLC, | § § § | CASE NO. 6:12-CV-531  LED |
| *Plaintiff,* | § § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| BIO-key International, Inc., | § § § § | |
| *Defendant.* | | |
| Blue Spike, LLC, | § § § § § | CASE NO. 6:12-CV-533 LED |
| *Plaintiff,* | | |
| vs. | § § § § § § | **JURY TRIAL DEMANDED** |
| TuneSat, LLC, | | |
| *Defendant.* | | |
| Blue Spike, LLC, | § § § § § § | CASE NO. 6:12-CV-534 LED |
| *Plaintiff,* | | |
| vs. | § § § § § § | **JURY TRIAL DEMANDED** |
| Vercury, Inc., | | |
| *Defendant.* | | |
| Blue Spike, LLC, | § § § § § | CASE NO. 6:12-CV-537 LED |
| *Plaintiff,* | | |
| vs. | § § § § § § | **JURY TRIAL DEMANDED** |
| SoundHound, Inc., | | |
| *Defendant.* | | |
| Blue Spike, LLC, | § § § § § | CASE NO. 6:12-CV-539 LED |
| *Plaintiff,* | | |
| vs. | § | |

| | | |
|---|---|---|
| Vobile, Inc.,<br><br>  *Defendant.* | § § § § § | **JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>  *Plaintiff,*<br><br>vs.<br><br>Attributor Corp.,<br><br>  *Defendant.* | § § § § § § § § § § § | CASE NO. 6:12-CV-540  LED<br><br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>  *Plaintiff,*<br><br>vs.<br><br>Miranda Technologies, Inc., et al.,<br><br>  *Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-CV-544  LED<br><br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>  *Plaintiff,*<br><br>vs.<br><br>Yahoo! Inc.,<br><br>  *Defendant.* | § § § § § § § § § § § | CASE NO. 6:12-CV-556  LED<br><br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>  *Plaintiff,* | § § § § § | CASE NO. 6:12-CV-557  LED |

| | | |
|---|---|---|
| vs. | § § | **JURY TRIAL DEMANDED** |
| Civolution USA, Inc., et al., | § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | CASE NO. 6:12-CV-558  LED |
| *Plaintiff,* | § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| Google, Inc., | § § | |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | CASE NO. 6:12-CV-564  LED |
| *Plaintiff,* | § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| Adobe Systems, Inc., | § § | |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | CASE NO. 6:12-CV-565  LED |
| *Plaintiff,* | § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| Umami Co., | § § | |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| Blue Spike, LLC, | § § | CASE NO. 6:12-CV-567  LED |
| *Plaintiff,* | § | |

|  |  |  |
|---|---|---|
| vs.<br><br>Irdeto USA, Inc., et al.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>Zeitera, LLC, et al.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-568  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>WiOffer, LLC,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-570  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>Technicolor USA, Inc., et al.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-572  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC, | §<br>§<br>§ | CASE NO. 6:12-CV-576  lED |

|   |   |   |
|---|---|---|
| *Plaintiff,* | § § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| Audible Magic Corp., et al., | § § | |
| *Defendants.* | § § | |

|   |   |   |
|---|---|---|
| Blue Spike, LLC, | § § § | CASE NO. 6:12-CV-577 LED |
| *Plaintiff,* | § § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| Rovi Corp., et al., | § § § | |
| *Defendants.* | § § | |

|   |   |   |
|---|---|---|
| Blue Spike, LLC, | § § § | CASE NO. 6:12-CV-580 LED |
| *Plaintiff,* | § § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| YouWeb, LLC, et al., | § § § | |
| *Defendants.* | § § § | |

|   |   |   |
|---|---|---|
| Blue Spike, LLC, | § § § | CASE NO. 6:12-CV-581 LED |
| *Plaintiff,* | § § § | |
| vs. | § § | **JURY TRIAL DEMANDED** |
| SMRTV, Inc., | § § § | |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>  *Plaintiff,*<br><br>vs.<br><br>ACTV8, Inc.,<br><br>  *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-582  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>  *Plaintiff,*<br><br>vs.<br><br>Broadcast Music, Inc., et al.,<br><br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-586  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>  *Plaintiff,*<br><br>vs.<br><br>The Nielsen Company (US), LLC,<br><br>  *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-587  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>  *Plaintiff,*<br><br>vs.<br><br>CBS Interactive, Inc., et al.,<br><br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-594  LED<br><br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC, § § § Plaintiff, § § vs. § § Clear Channel Broadcasting, Inc., § § Defendant. § § | | CASE NO. 6:12-CV-595 LED  **JURY TRIAL DEMANDED** |
| Blue Spike, LLC, § § § Plaintiff, § § vs. § § Soundmouse Ltd., § § Defendant. § § | | CASE NO. 6:12-CV-598 LED  **JURY TRIAL DEMANDED** |
| Blue Spike, LLC, § § § Plaintiff, § § vs. § § SecuGen Corp., § § Defendant. § § | | CASE NO. 6:12-CV-607 LED  **JURY TRIAL DEMANDED** |
| Blue Spike, LLC, § § § Plaintiff, § § vs. § § ZkTeco, Inc., et al., § § Defendants. § | | CASE NO. 6:12-CV-608 LED  **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>Fulcrum Biometrics, LLC, et al.,<br><br>　　*Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-CV-610  LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>Fujitsu America, Inc., et al.,<br><br>　　*Defendants.* | § § § § § § § § § § § § | CASE NO. 6:12-CV-616  LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>Green Bit, Inc., et al.,<br><br>　　*Defendants.* | § § § § § § § § § § § § | CASE NO. 6:12-CV-645  LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>TvTak USA, Inc., et al.,<br><br>　　*Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-CV-646  LED<br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>vs.<br><br>Innovatrics s.r.o., et al.,<br><br>    *Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-CV-647 LED<br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>vs.<br><br>BioLink Solutions Ltd., et al.,<br>    *Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-CV-648 LED<br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>vs.<br><br>Cross Match Technologies, Inc., et al.,<br><br>    *Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-CV-649 LED<br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>vs.<br><br>Digi-Key Corp.,<br><br>    *Defendant.* | § § § § § § § § § § § | CASE NO. 6:12-CV-650 LED<br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>          *Plaintiff,*<br><br>vs.<br><br>Griaule Technology, LLC,<br><br>          *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-651  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>          *Plaintiff,*<br><br>vs.<br><br>Integrated Biometrics, LLC<br><br>          *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-652  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>          *Plaintiff,*<br><br>vs.<br><br>L-1 Identity Solutions, Inc., et al.,<br><br>          *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-680  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>          *Plaintiff,*<br><br>vs.<br><br>Lumidigm, Inc.,<br><br>          *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-681  LED<br><br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>BMAT Licensing, S.L.,<br><br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-682  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>TV Interactive Systems, Inc.,<br><br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-684  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>3M Cogent, Inc.,<br><br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-685  LED<br><br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>Antheus Technology, Inc.,<br><br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:12-CV-686  LED<br><br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>vs.<br><br>Aware, Inc.,<br><br>    *Defendant.* | § § § § § § § § § § § | CASE NO. 6:12-CV-687  LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>vs.<br><br>ImageWare Systems, Inc.,<br><br>    *Defendant.* | § § § § § § § § § § § | CASE NO. 6:12-CV-688  LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>vs.<br><br>NEC Corporation of America, et al.,<br><br>    *Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-CV-690  LED<br><br>**JURY TRIAL DEMANDED** |
| Blue Spike, LLC,<br><br>    *Plaintiff,*<br><br>vs.<br><br>Precise Biometrics, Inc., et al.,<br><br>    *Defendants.* | § § § § § § § § § § § | CASE NO. 6:12-CV-694  LED<br><br>**JURY TRIAL DEMANDED** |

## CONSOLIDATION ORDER

The passage of the Leahy-Smith America Invents Act ("AIA"), which clarified the joinder requirements for cases alleging patent infringement, has resulted in a significant increase in the number of "serially" filed patent cases on the Court's docket. Similarly, the Federal Circuit's recent *In re EMC Corp.* decision leads to a nearly analogous result for pre-AIA filings because multi-defendant cases may be severed "[u]nless there is an actual link between the facts underlying each claim of infringement." 677 F.3d 1351, 1360 (Fed. Cir. 2012). Such serially filed or severed cases, by their nature, involve common issues of law or fact, including claim construction and validity. "If actions before the Court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). In applying Rule 42, a court has considerable discretion. *In re EMC Corp.*, 677 F.3d at 1360; *see also Lurea v. M/V Albeta*, 625 F.3d 181, 194 (5th Cir. 2011) ("Rule 42(a) provides district courts with broad authority to consolidate actions that 'involve a common question of law or fact.'"). Because the above-styled cases involve a common question of law or fact, consolidation of the cases would promote efficient case management.

Accordingly, the Court **ORDERS** that the above-styled cases shall be consolidated for pretrial issues only, with the exception of venue. The earliest filed civil action shall serve as the lead case for consolidated issues. The individual cases will remain active for venue motions and trial. Should the parties file motions to transfer or motions to sever and transfer, the Court will consider these motions only as to the defendants in the originally filed (member) cases, not as to all defendants in the pretrial consolidated case. *See Norman*, 2012 WL 3307942, at *4. All motions, other than venue motions, shall be filed in the consolidated case.

The Plaintiff is ordered to file a notice in the lead case that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The filing of such notice shall not exceed six months from the filing of the lead case absent a showing of good cause. After the scheduling conference, all parties to the consolidated case are ordered to meet-and-confer and submit a uniform Docket Control, Discovery, and Protective Order, which will govern the consolidated case. The local rules' page limitations for *Markman* briefs and other motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket, as well as future cases Plaintiff intends to file, that may also be appropriate for consolidation with this case.

**So ORDERED and SIGNED this 9th day of October, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**