**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC,** | § |
| *Plaintiff*, | § Civil Action No. 6:12-CV-499-LED |
| | § (*Consolidated from 6:12-CV-649*). |
| v. | § |
| **TEXAS INSTRUMENTS, INC.**, *et al.*, | § **JURY TRIAL DEMANDED** |
| *Defendants*. | § |

### ORDER OF DISMISSAL WITH PREJUDICE OF CROSS MATCH TECHNOLOGIES, INC. AND FRANCISCO PARTNERS MANAGAEMENT LLC

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Agreed Motion to Dismiss with Prejudice filed by plaintiff Blue Spike, LLC and defendants Cross Match Technologies, Inc. and Francisco Partners Management LLC pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Blue Spike, LLC against defendants Cross Match Technologies, Inc. and Francisco Partners Management LLC be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendants Cross Match Technologies, Inc. and Francisco Partners Management LLC against plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**So ORDERED and SIGNED this 14th day of November, 2012.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**